IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYAI GIBSON, B84263, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 25-cv-1364-DWD |
| DARREN GALLOWAY, ) | |
| JANE DOE, ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On September 29, 2025, the Court issued service in this case and set two deadlines for Plaintiff. First, by October 20, 2025, Plaintiff was to file a notice containing identifying information about John and Jane Doe so that the Warden can assist in identifying these two defendants. Second, by October 29, 2025, Plaintiff was directed to pay his initial partial fee of $101.01. Plaintiff has not accomplished either task in a timely fashion, nor has he requested additional time. In fact, the Court has not received anything further from Plaintiff since he filed his consent form on September 15, 2025. It appears that Plaintiff has simply abandoned this case, given his lack of communication with the Court. If a Plaintiff abandons a case or fails to follow a Court order, the case may be subject to dismissal. Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

Given that Plaintiff has abandoned this case, the Court now finds it appropriate to dismiss this matter for failure to prosecute.  This matter is dismissed with prejudice for Plaintiff's failure to prosecute.  The Clerk is also **DIRECTED** to enter judgment and to **CLOSE** this case.  Further efforts need not be undertaken to collect the fee.

**IT IS SO ORDERED.**

Dated: October 31, 2025

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge
